**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-2133**

SHIRLEY STEWART; LARRY STEWART,

            Plaintiffs – Appellants,

        v.

HSBC BANK USA; MERS, Mortgage Electronic Registration
System, Incorporated; DELTA FUNDING CORPORATION, d/b/a
Fidelity Mortgage; OCWEN LOAN SERVICING, LLC; NECTAR
PROJECTS, INCORPORATED; LAW OFFICES OF SHAPIRO & BRUNSON,
LLP; RENAISSANCE MORTGAGE ACCEPTANCE CORPORATION,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (3:10-cv-00586-RLW)

Submitted:  January 13, 2011            Decided:  January 18, 2011

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Shirley Stewart, Larry Stewart, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shirley and Larry Stewart appeal the district court's order dismissing their complaint without prejudice for failure to comply with Fed. Rules Civ. P. 8 and 9. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Stewart v. HSBC Bank USA, No. 3:10-cv-00586-RLW (E.D. Va. Sept. 3, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED